UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04 12699 RWZ

PETITION OF K&R FISHING
ENTERPRISES, INC., FOR
EXONERATION FROM OR
LIMITATION OF LIABILITY,
CIVIL AND MARITIME

MAGISTRATE JUDGE _____

CIVIL ACTION
NO.

RECEIPT #_____
AMOUNT $_____
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE_____

TO THE HONORABLE THE JUDGES OF THE UNITED STATES
DISTRICT COURT IN AND FOR THE DISTRICT OF MASSACHUSETTS

The Petition of K&R FISHING ENTERPRISES, INC. for exoneration from/or limitation of liability, in connection with the loss of the F/V NORTHERN EDGE on December 20, 2004 in a cause of limitation of liability, Civil and Maritime, alleges on information and belief as follows:

**First:** The F/V NORTHERN EDGE, a 75 foot fishing vessel, was owned solely by K&R FISHING ENTERPRISES, INC., a Massachusetts corporation with a principal place of business within this District at 84 Front Street, New Bedford, Massachusetts 02740. On or about December 16, 2004, the F/V NORTHERN EDGE departed New Bedford, Massachusetts and proceeded upon a voyage to the fishing grounds on the high sea on Georges Bank. The said F/V NORTHERN EDGE at the commencement of her voyage aforesaid was tight, strong,

fully manned, equipped and supplied and in all respects seaworthy and fit for the service in which she was engaged.

**Second**: On December 20, 2004, the F/V NORTHERN EDGE, while fishing and on information and belief, experienced severe weather conditions and fouled its dredge on the sea's bottom causing the vessel to broach and capsize and sink with five of its six crewmembers presumed lost at sea.

**Third**: The aforesaid event and resulting loss, damage, and injury was not caused by or contributed to by any negligence or fault on the part of the Petitioner or of those whom the Petitioner is responsible, and Petitioner denies any such loss, damage, injury, and destruction was done, occasioned by, or occurred with any privity or knowledge of your Petitioner.

**Fourth**: No suits, to Petitioner's knowledge, have to date been commenced for loss or damage or injury resulting from the aforesaid casualty. Your Petitioner fears that libels, suits, or claims may be filed, begun or asserted against the F/V NORTHERN EDGE or your Petitioner or either of them on behalf of other persons for alleged damages sustained as a result of said casualty.

**Fifth**: The F/V NORTHERN EDGE is a total loss and no salvage was recovered. There were no freights pending at the time of the casualty.

**Sixth**: The Petitioner claims exemption from liability for any and all loss, destruction, damage, and injury occasioned or incurred by or resulting from the casualty and for all claims for damages that have been made or may hereafter be made, and by reason of the facts hereinbefore set forth, the Petitioner desires in this proceeding to contest its liability and the liability of said vessel to any extent whatsoever for any and all loss, destruction, damage and injury caused by or resulting from the matters aforesaid.

**Seventh**: Not admitting, but denying any liability of itself or of said vessel for any loss, destruction, damage and injury occasioned or incurred by reason of the matters aforesaid or subsequent damages resulting there from, the Petitioner further claims the benefits of the Limitation of Liability provided by Sections *4283, 4284, 4285, and 4286* of the *Revised Statutes of the United States Code, Chapter 46, Appendix Sections 183, 184, 185 and 186 of the United States* Code and the various statutes amendatory thereof and supplementary thereto, and to that end the Petitioner is ready and willing to give a stipulation with sufficient surety for the payment into Court of the amount or value, if any, of its interest in the F/V NORTHERN EDGE, together with her pending freight, if any, at the end of the said voyage,

whenever the same shall be ordered by the General Admiralty Rules and the practice of this Honorable Court.

**Eight**:  All and singular the premises are true and within the admiralty and maritime jurisdiction of the United States and this Honorable Court.

**WHEREFORE**, your Petitioner prays:

(1)  That the Court cause due appraisement to be made of the amount or value of the Petitioner's interest in the F/V NORTHERN EDGE and her pending freight, if any;

(2)  That the Court make an order directing the Petitioner to file a stipulation with surety to be approved by the Court, for the payment into Court of the amount of the Petitioner's interest in the said vessel whenever the Court shall so order or issue an order excusing the Petitioner from furnishing a stipulation;

(3)  That the Court make an order directing the issuance of a Monition to all persons claiming damages for any and all loss, injury, damage, or destruction done, occasioned or incurred by or resulting from the loss of the F/V NORTHERN EDGE citing them to file with the Clerk of this Court in said order and make due proof of their respective claims, and also to appear and answer the allegations of this Petition according to the law and practices of this

Court at or before a certain time to be fixed by the monition;

(4) That the Court make and order directing that on the giving of such a stipulation as may be determined to be proper, or the Court making an order excusing the Petitioner from giving a stipulation, an Injunction shall issue, restraining the prosecution of all actions, suits or other proceedings already begun to recover for damages, arising out of or occasioned by or consequent upon the loss of the F/V NORTHERN EDGE on December 20, 2004, as stated in the Petition, and the commencement or prosecution hereafter of any suit, action or legal proceeding against the petitioner or the petitioner's agents, representatives, officers, or employees in respect of any claim or claims arising out of the aforesaid voyage of the F/V NORTHERN EDGE;

(5) That the Court in these proceedings will adjudge that the Petitioner is not liable to any extent for any loss, damage, injury or for any claim whatsoever in any way arising out of or in consequence of the loss of the F/V NORTHERN EDGE on December 20, 2004, above described, or if the Petitioner shall be adjudged liable, then such liability shall be limited to the amount of its interest in the F/V NORTHERN EDGE at the end of the voyage in which she was engaged at the time she was lost, if any, and that a decree

may be entered discharging the Petitioner from any and all further liability; and

    (6) That the Petitioner may have such other or further relief as the justice of the cause may require.

                                  K&R FISHING ENTERPRISES, INC.

                                  By: Peter Kilshaw
                                  Its: Treasurer


**COMMONWEALTH OF MASSACHUSETTS**

Bristol, SS:                                   December 26, 2004

Then personally appeared, the above named, Peter Kilshaw, and made oath that he is the Treasurer of K&R FISHING ENTERPRISES, INC. and that he executed the foregoing Petition and that the statements therein contained are true to the best of his knowledge, information, and belief.

                                  Before me,

                                  Notary Public
                                  My Commission Expires: 6-19-09

THOMAS J. MUZYKA
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 19, 2009

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
K&R FISHING ENTERPRISES, INC.

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff: **BRISTOL**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

04-12699 RWZ

(c) Attorney's (Firm Name, Address, and Telephone Number)
CLINTON & MUZYKA, P.C.
ONE WASHINGTON MALL, BOSTON, MA. 02108
617-723-9165

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☒ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 550 Civil Rights | | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
46 USC Appendix Sections 183 et. seq.
Brief description of cause:
PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: DECEMBER 27, 2004
SIGNATURE OF ATTORNEY OF RECORD: /s/ Thomas J. Muzyka
THOMAS J. MUZYKA

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __PETITION OF K&R FISHING ENTERPRISES, INC.__
   __FOR EXONERATION FROM OR LIMITATION OF LIABILITY CIVIL AND MARITIME__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [x] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

   04 12699 RWZ

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   __NONE__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]  NO [xx]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]  NO [x]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]  NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]  NO [xx]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [ ]  NO [x]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [xx]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]  NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __THOMAS J. MUZYKA__
ADDRESS __CLINTON & MUZYKA, P.C. ONE WASHINGTON MALL, BOSTON, MA. 02108__
TELEPHONE NO. __617-723-9165__

(Coversheetlocal.wpd - 10/17/02)