UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-12699-RWZ

**THE PETITION OF K&R FISHING
ENTERPRISES, INC. FOR EXONERATION
FROM OR LIMITATION OF LIABILITY,
CIVIL AND MARITIME**

ORDER TO APPRAISE

Upon consideration of the prayer in the Petition in the above captioned matter that due appraisal be made to determine the value of the Petitioner's interest in the **F/V NORTHERN EDGE** at the time of its loss as set forth in its Petition it is now, to wit:

**ORDERED AND DECREED** that Mr. David C. Dubois of Marine Safety Consultants, Inc., 26 Water Street, Fairhaven, MA 02719 be hereby appointed Appraiser to determine the value of the Petitioner's interest in the **F/V NORTHERN EDGE** and its pending freight at the time of the incident, and to report his finding to this Court.

By the Court,

*[signature]*
1/25/05