**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

                                        **CIVIL ACTION**
                                        **NO. 04-12699-RWZ**


**THE PETITION OF K&R FISHING**
**ENTERPRISES, INC., FOR EXONERATION**
**FROM OR LIMITATION OF LIABILITY,**
**CIVIL AND MARITIME**


                **PETITIONER'S SUBMISSION OF APPRAISAL**


    Now comes the petitioner, in the above entitled

action, by its counsel, Clinton & Muzyka, P.C., and submits

the Appraiser's Report dated February 8, 2005 finding the

**F/V NORTHERN EDGE** with no value and no pending freight,

exclusive of fishing permits.


                                By its attorney,

                                **CLINTON & MUZYKA, P.C.**



                            By: "/s" Thomas J. Muzyka
                                **Thomas J. Muzyka**
                                **BBO NO.: 365540**
                                One Washington Mall
                                Suite 1400
                                Boston, MA 02108
                                (617) 723-9165


Dated:  February 10, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.  04-12699-RWZ

THE PETITION OF K&R FISHING
ENTERPRISES, INC., FOR EXONERATION
FROM OR LIMITATION OF LIABILITY,
CIVIL AND MARITIME

## APPRAISER'S REPORT

I, David C. Dubois, being the individual identified in the foregoing Order Appointing Appraiser, having attended to the duties assigned to me, and after a strict examination and careful inquiry, I do estimate and appraise the said **F/V NORTHERN EDGE**:

> Fair Market Value of $0.00 exclusive of its fishing permits.

and the value of her **PENDING FREIGHT**:

> None or $0.00.

In Witness whereof I hereunto set my hand at Fairhaven, Massachusetts  this 8th day of February, 2005.

David C. Dubois
Marine Safety Consultants, Inc.
26 Water Street
Fairhaven, MA 02719


RECEIVED
2/7/05