UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-12699-RWZ

THE PETITION OF K&R FISHING
ENTERPRISES, INC., FOR EXONERATION
FROM OR LIMITATION OF LIABILITY,
CIVIL AND MARITIME

### NOTICE OF PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE is hereby given that **K&R FISHING ENTERPRISES, INC.**, as owner of the Fishing Vessel **NORTHERN EDGE** has filed a Petition pursuant to Sections 4283 through 4289 of the Revised Statutes of the United States, Title 46 App. U.S.C.A. § 183 et seq. claiming the right to exoneration from or limitation of liability for all claims and for any loss, damage, injury or destruction occasioned or incurred on the voyage of the Fishing Vessel **NORTHERN EDGE** which began in the Port of New Bedford, Massachusetts, on 16 December 2004 and terminated with the loss of the **F/V NORTHERN EDGE** on 20 December 2004 as more fully described in the Petition.

All persons having such claims must file them, under oath, as provided by Supplemental Rules for Certain Admiralty and Maritime Claims Rule F(4), with the Clerk of this Court at the United States District Court, One Courthouse Way, Suite 2300, Boston, Massachusetts 02210, and serve on or mail to the Petitioner's attorneys, Clinton & Muzyka, P.C., One Washington Mall, Boston, MA 02108, a copy thereof, **at or**

**before 10:00 A.M. on or before April 1, 2005** or be defaulted. Personal attendance is not required.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he/she shall file and serve on the attorneys for the Petitioner an Answer to the Petition on or before the aforesaid date unless his/her Claim has included an Answer, so designated, or be defaulted.

_____
Deputy Clerk

Dated: ~~February~~ March 3, 2005

Clinton & Muzyka, P.C.
Attorneys for the Petitioner
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165