UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-12699-RWZ

**PETITION OF K&R FISHING
ENTERPRISES, INC., FOR
EXONERATION FROM OR LIMITATION
OF LIABILITY, CIVIL AND MARITIME**

### MOTION FOR ENTRY OF DEFAULT PURSUANT TO RULE F(5) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS

Now comes the Petitioner, K&R Fishing Enterprises, Inc., in the above-entitled action, by and through its undersigned attorneys, Clinton & Muzyka, P.C., and respectfully moves this Honorable Court pursuant to Rule F(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims to default all persons who have failed to file and present claims as Ordered by the Court on March 3, 2005.  The Petitioner submits that it has complied with the publications requirements contained in Rule F(4) and that the time in which claims were to be filed (April 1, 2005) has expired.

**WHEREFORE**, the Petitioner, K&R Fishing Enterprises, Inc., prays that this Honorable Court issue a default in accordance with Rule F(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

2

        By its attorneys,

        **CLINTON & MUZYKA, P.C.**


        **"/s/ Kenneth M. Chiarello"**
        **Thomas J. Muzyka**
        **BBO NO: 365540**
        **Kenneth M. Chiarello**
        **BBO NO: 639274**
        One Washington Mall
        Suite 1400
        Boston, MA  02108
        (617) 723-9165

Dated:  April 12, 2005