UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-12699-RWZ

**PETITION OF K&R FISHING
ENTERPRISES, INC., FOR
EXONERATION FROM OR LIMITATION
OF LIABILITY, CIVIL AND MARITIME**

<u>**PETITIONER'S REPORT OF CLAIMS PURSUANT TO RULE F(6) OF THE
SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME
CLAIMS**</u>

Now comes the Petitioner, K&R Fishing Enterprises, Inc., in the above-entitled action, by and through its undersigned attorneys, Clinton & Muzyka, P.C., and submits its Report of Claims pursuant to Rule F(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

<u>CLAIMANT</u>:   Lucrecia Moreno Smith, Mother and Next Friend to Erick I. Guillen Moreno.

Attorneys:   Thomas J. Hunt, Esq.
Thomas J. Hunt & Associates
18 North Water Street
New Bedford, Massachusetts  02740

Ronald J. Resmini, Esq.
155 South Main Street
Suite 400
Providence, Rhode Island  02903

Nature of Claim:   Personal Injuries & Death

Amount of Claim:   No Amount Indicated.

CLAIMANT: Olivia Smith Pecina, Mother and Next Friend to Juan Flores.

Attorneys:  Thomas J. Hunt, Esq.
Thomas J. Hunt & Associates
18 North Water Street
New Bedford, Massachusetts  02740

Ronald J. Resmini, Esq.
155 South Main Street
Suite 400
Providence, Rhode Island  02903

Nature of Claim:  Personal Injuries & Death.

Amount of Claim:  No Amount Indicated.


CLAIMANT: Nancy Velasquez, Next Friend to Juan Flores and Mother of Juan Flores' Unborn Child.

Attorney:  Thomas J. Hunt, Esq.
Thomas J. Hunt & Associates
18 North Water Street
New Bedford, Massachusetts  02740

Nature of Claim:  Personal Injuries and Death.

Amount of Claim:  No Amount Indicated.


CLAIMANT: Pedro Furtado

Attorney:  Thomas J. Hunt, Esq.
Thomas J. Hunt & Associates
18 North Water Street
New Bedford, Massachusetts  02740

Nature of Claim:  Personal Injuries.

Amount of Claim:  No Amount Indicated.

CLAIMANT:        LuAnn Sullivan, as Administratrix of
                 the Estate of Glen E. Crowley.

    Attorney:        Thomas J. Hunt, Esq.
                 Thomas J. Hunt & Associates
                 18 North Water Street
                 New Bedford, Massachusetts  02740

    Nature of Claim:    Personal Injuries & Death.

    Amount of Claim:    No Amount Indicated.


CLAIMANT:        Maria Lopes, as Administratrix of the
                 Estate of Carlos A. Lopes.

    Attorney:        Thomas J. Hunt, Esq.
                 Thomas J. Hunt & Associates
                 18 North Water Street
                 New Bedford, Massachusetts  02740

    Nature of Claim:    Personal Injuries & Death.

    Amount of Claim:    No Amount Indicated.


CLAIMANT:        Peter Richards, as Proposed
                 Administrator of the Estate of Raymond
                 Richards.

    Attorney:        Thomas J. Hunt, Esq.
                 Thomas J. Hunt & Associates
                 18 North Water Street
                 New Bedford, Massachusetts  02740

    Nature of Claim:    Personal Injuries & Death.

    Amount of Claim:    No Amount Indicated.

4

        By its attorneys,

        **CLINTON & MUZYKA, P.C.**

        <u>"/s/ Kenneth M. Chiarello"</u>
        Thomas J. Muzyka
        BBO NO: 365540
        Kenneth M. Chiarello
        BBO NO: 639274
        One Washington Mall
        Suite 1400
        Boston, MA  02108
        (617) 723-9165

Dated:  April 21, 2005