UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-12699-RWZ

**PETITION OF K&R FISHING
ENTERPRISES, INC., FOR
EXONERATION FROM OR LIMITATION
OF LIABILITY, CIVIL AND MARITIME.**

STIPULATION OF DISMISSAL

Now come the parties, K&R Fishing Enterprises, Inc. and Pedro Furtado, in the above-entitled action, by and through their undersigned attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the Claim filed by Pedro Furtado on March 22, 2005 be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 28th day of June, 2005.

FOR THE CLAIMANT                          FOR THE PETITIONER


"/S/Thomas J. Hunt"                       "/S/Thomas J. Muzyka"
Thomas J. Hunt                            Thomas J. Muzyka
BBO NO: 244680                            BBO NO: 365540
THOMAS J. HUNT & ASSOCIATES               Kenneth M. Chiarello
18 North Water Street                     BBO NO: 639274
New Bedford, MA  02740                    CLINTON & MUZYKA
(508) 994-7300                            One Washington Mall
                                          Suite 1400
                                          Boston, MA  02108
                                          (617) 723-9165