UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-12699-RWZ

PETITION OF K&R FISHING
ENTERPRISES, INC., FOR
EXONERATION FROM OR LIMITATION
OF LIABILITY, CIVIL AND MARITIME.

### STIPULATION OF DISMISSAL

Now come the parties, K&R Fishing Enterprises, Inc. and LuAnn Sullivan, in the above-entitled action, by and through their undersigned attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the Claim filed by LuAnn Sullivan on March 22, 2005 be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 15th day of August, 2005.

| FOR THE CLAIMANT | FOR THE PETITIONER |
|---|---|
| Thomas J. Hunt<br>BBO NO: 244680<br>THOMAS J. HUNT & ASSOCIATES<br>18 North Water Street<br>New Bedford, MA 02740<br>(508) 994-7300 | "/S/Thomas J. Muzyka"<br>Thomas J. Muzyka<br>BBO NO: 365540<br>Kenneth M. Chiarello<br>BBO NO: 639274<br>CLINTON & MUZYKA<br>One Washington Mall<br>Suite 1400<br>Boston, MA 02108<br>(617) 723-9165 |