UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-12699-RWZ

PETITION OF K&R FISHING
ENTERPRISES, INC., FOR
EXONERATION FROM OR LIMITATION
OF LIABILITY, CIVIL AND MARITIME.

STIPULATION OF DISMISSAL

Now come the parties, K&R Fishing Enterprises, Inc. and Lucrecia Moreno Smith, in the above-entitled action, by and through their undersigned attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the Claim filed by Lucrecia Moreno Smith on March 23, 2005 be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 10 day of ~~September~~ November, 2005.

FOR THE CLAIMANT

*Thomas J. Hunt*
Thomas J. Hunt
BBO NO: 244680
THOMAS J. HUNT & ASSOCIATES
18 North Water Street
New Bedford, MA 02740
(508) 994-7300

FOR THE PETITIONER

"/S/Thomas J. Muzyka"
Thomas J. Muzyka
BBO NO: 365540
Kenneth M. Chiarello
BBO NO: 639274
CLINTON & MUZYKA
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Filed: 12/13/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-12699-RWZ

PETITION OF K&R FISHING
ENTERPRISES, INC., FOR
EXONERATION FROM OR LIMITATION
OF LIABILITY, CIVIL AND MARITIME.

### STIPULATION OF DISMISSAL

Now come the parties, K&R Fishing Enterprises, Inc. and Lucrecia Moreno Smith, in the above-entitled action, by and through their undersigned attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the Claim filed by Lucrecia Moreno Smith on March 23, 2005 be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 10 day of November [~~September~~], 2005.

FOR THE CLAIMANT

Thomas J. Hunt
BBO NO: 244680
THOMAS J. HUNT & ASSOCIATES
18 North Water Street
New Bedford, MA  02740
(508) 994-7300

Filed: 12/13/05

FOR THE PETITIONER

"/S/Thomas J. Muzyka"
Thomas J. Muzyka
BBO NO: 365540
Kenneth M. Chiarello
BBO NO: 639274
CLINTON & MUZYKA
One Washington Mall
Suite 1400
Boston, MA  02108
(617) 723-9165